IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No. 96-CR-00272-ZLW and
96-CR-00377-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABE MATTHEW RODRIGUEZ,

    Defendant.

---

## ORDER

---

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    DATED at Denver, Colorado, this  7th  day of March, 2008.

                                  BY THE COURT:

                                  *s/ Zita L. Weinshienk*

                                  _____
                                  ZITA L. WEINSHIENK, Senior Judge
                                  United States District Court